IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PAUL La STRAPE, | **Old Case No. 1:08cv00784 OWW GSA**  **New Case No. 1:08cv00784 OWW DLB** |
| Plaintiff, | ORDER DISQUALIFYING MAGISTRATE JUDGE |
| vs. | |
| E & J GALLO, et. al., | |
| Defendants. | |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:08cv00784 OWW DLB**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

1

IT IS SO ORDERED.

    **Dated:   June 6, 2008**             /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE