# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PAUL LA STRAPE,<br><br><br>          Plaintiff,<br><br>  v.<br><br>E & J GALLO WINERY, et al.,<br><br><br>          Defendants. | 1:08cv0784 OWW DLB<br><br><br>ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS<br>(Document 3) |

Plaintiff Lawrence Paul La Strape ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on June 4, 2008, and is seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.


IT IS SO ORDERED.

**Dated:   June 11, 2008**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE