# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE PAUL LA STRAPE, | ) | 1:08cv0784 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 11) |
| | ) | |
| E & J GALLO WINERY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, appearing pro se, filed the instant action on June 4, 2008.

On August 11, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to follow the Court's order and prosecute this action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations dated August 11, 2008, is ADOPTED IN FULL; and

1

     2.      The action is DISMISSED.

           This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**   **September 23, 2008**              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE